# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**DELIA GALAN**                                                                            **PLAINTIFF**

**v.**                                                        **CIVIL ACTION NO 3:16CV-548-DJH**

**GLA COLLECTION COMPANY, INC.**                                 **DEFENDANT**

### REPORT OF TELEPHONIC STATUS CONFERENCE

     A telephonic status conference was conducted in this matter on February 28, 2017 with Aaron Michael Murphy participating on behalf of the plaintiff and William E. Smith participating on behalf of the defendant.

     Based on a discussion with counsel, the parties have reached an agreement as to all claims. Counsel shall complete the formal documents within twenty (20) days of the date of this conference.

     Therefore, the Magistrate Judge recommends that this action be dismissed as settled, with prejudice, with leave to reinstate within thirty (30) days after entry of the order of dismissal should the parties fail to fulfill the terms of the settlement agreement within that time period.

Date: March 1, 2017                             **ENTERED BY ORDER OF COURT:**
                                                       **DAVE WHALIN, MAGISTRATE JUDGE**
                                                       **UNITED STATES DISTRICT COURT**
                                                       **VANESSA L. ARMSTRONG, CLERK**
                                                           By:    /s/  *Ashley Henry*
                                                                         **Deputy Clerk**

Copies to counsel

0|05